UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILSON CRESPO, | Case No. 2:14-cv-01850-JAD-NJK |
| Plaintiff, | ORDER |
| v. | |
| CITY OF NORTH LAS VEGAS, | |
| Defendant. | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1.      The Early Neutral Evaluation Conference, currently scheduled for May 27, 2015, at 9:30 a.m. before the undersigned, is **VACATED** and **CONTINUED** to **June 2, 2015,** at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2.      The deadline for chambers to receive the confidential settlement conference statements, currently due May 20, 2015, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., May 26, 2015.**

3.      All other instructions within the original Order Scheduling Early Neutral Evaluation Conference (Dkt. #11) shall remain in effect.

DATED this 22nd day of April, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE