1 | LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
2 | Nevada State Bar No. 002003
ADAM LEVINE, ESQ.
3 | Nevada State Bar No. 004673
610 South Ninth Street
4 | Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
5 | *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| WILSON CRESPO, | Case No.: 2:14-cv-01850-JAD-NJK |
|---|---|
| Plaintiff, | |
| v. | |
| CITY OF NORTH LAS VEGAS, a Political Subdivision of the State of Nevada, | **STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION SESSION PURSUANT TO LOCAL RULE 16-6(d)** |
| Defendant. | **(First Request)** |

COMES NOW the parties, by and through their undersigned counsel, pursuant to Local Rule 16-6(d) hereby submit the following Stipulation:

The parties by and through undersigned counsel agree and stipulate to continue the Early Neutral Evaluation of the above entitled matter is set for June 2, 2015 at the hour of 1:30 p.m. as Plaintiff's counsel is currently scheduled for an en banc oral argument before the Supreme Court in, *Eighth Judicial District Court V. Ron Fox Et Al.*, Docket No. 66114 at that time.

///.

///

1

It is therefore requested that this Court continue the Early Neutral Evaluation to the earliest date after July 1, 2015, that is convenient to the Court.

DATED this 20th day of May, 2015.                    DATED this 20th day of May, 2015.

LAW OFFICE OF DANIEL MARKS                     KAEMPFER CROWELL

 /s/ Adam Levine, Esq.                              /s/ Lyssa S. Anderson   , Esq.         .
DANIEL MARKS, ESQ.                              LYSSA S. ANDERSON, ESQ.
Nevada State Bar No. 002003                     Nevada State Bar No. 008996
ADAM LEVINE, ESQ.                               8345 West Sunset Road, Suite 250
Nevada State Bar No. 004673                     Las Vegas, Nevada 89113
610 South Ninth Street                          *Attorney for Defendant*
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## ORDER

IT IS ORDERED that the ENE Confererence currently scheduled for June 2, 2015, at 1:30 p.m., is VACATED and CONTINUED to August 6, 2015, at 1:30 p.m., in Room 3071. Confidential ENE statements are due to chambers no later than 4:00 p.m., July 30, 2015. All other instructions withing the original Order Scheduling Early Neutral Evaluation (Dkt. #13) shall remain in effect.

DATED this 22nd day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

2