1  LAW OFFICE OF DANIEL MARKS
   DANIEL MARKS, ESQ.
2  Nevada State Bar No. 002003
   ADAM LEVINE, ESQ.
3  Nevada State Bar No. 004673
   610 South Ninth Street
4  Las Vegas, Nevada 89101
   (702) 386-0536: FAX (702) 386-6812
5  *Attorneys for Plaintiff*

6

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF NEVADA

9

10 WILSON CRESPO,                              Case No.: 2:14-cv-01850-JAD-NJK

11     Plaintiff,

12 v.
                                               **STIPULATION AND ORDER FOR**
13 CITY OF NORTH LAS VEGAS, a                  **DISMISSAL**
   Political Subdivision of the State of
14 Nevada,

15     Defendant.
   _____/
16

17     IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their

18 respective counsel of record, that the above entitled action be dismissed with prejudice.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

1

IT IS FURTHER STIPULATED AND AGREED that each party will bear its own costs and attorney fees incurred in the prosecution and defense of said claims.

DATED this 7th day of October, 2015.       DATED this 7th day of October, 2015.

LAW OFFICE OF DANIEL MARKS              KAEMPFER CROWELL


  _/s/ Daniel Marks, Esq._                _/s/ Lyssa S. Anderson, Esq._
DANIEL MARKS, ESQ.                       LYSSA S. ANDERSON, ESQ.
Nevada State Bar No. 002003              Nevada State Bar No. 008996
ADAM LEVINE, ESQ.                        8345 West Sunset Road, Suite 250
Nevada State Bar No. 004673              Las Vegas, Nevada 89113
610 South Ninth Street                   *Attorney for Defendant*
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated:  October 7, 2015.